# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

February 5, 2020

**By ECF**

Honorable Ronnie Abrams
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Joel Pena, et al.*
18 Cr. 640 (RA)

Dear Judge Abrams:

> Application granted. The conference is adjourned to March 3, 2020 at 11:30 a.m. Time is excluded to March 3, 2020, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> February 5, 2020

I write to request an adjournment of Mr. Pena's now scheduled conference of February 10, 2020, until March 2, 2020, March 3, 2020 or March 4, 2020, at a time convenient to the Court, as the government and counsel are engaged in plea negotiations. The appropriate time between these dates is waived under speedy trial and the government joins in this request.

Very truly yours,

William J. Stampur

cc: AUSA Michael Neff

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/20

**MEMO ENDORSED**

WS/Pena/Ltr to Judge/Adj 2