

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 28, 2020

**BY ECF AND EMAIL**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

> Application granted. The change-of-plea hearing is adjourned to June 4, 2020 at 2:30 p.m. Time is excluded until June 4, 2020, under the Speedy Trial Act, pursuant to 18 U.S.C. 3161(h)(7)(a).
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> April 28, 2020

Re:  *United States v. Joel Pena*,
     **18 Cr. 640 (RA)**

Dear Judge Abrams:

The parties have conferred regarding the anticipated change-of-plea hearing, currently scheduled for Friday, May 1, 2020. If it is acceptable to the Court, the parties jointly and respectfully request an approximately 30-day adjournment, to permit counsel additional time to confer with the defendant regarding the Government's plea offer, which was issued in March 2020. That plea offer will continue to remain open for at least the duration of the requested adjournment. The Government also requests, with consent of the defense, for a corresponding exclusion of time under the Speedy Trial Act to facilitate discussions about a potential disposition of this matter. *See* 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____
Michael D. Neff / Brett M. Kalikow
Assistant United States Attorneys
(212) 637-2107 / 2220

cc:  William J. Stampur, Esq. (by ECF and email)