USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5-20-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

JOEL PENA,

Defendant.

---

No. 18-CR-640

ORDER

RONNIE ABRAMS, United States District Judge:

The Court has received a letter from Mr. Pena arguing, among other things, that he is not a flight risk. The Court has forwarded Mr. Pena's letter to his counsel. Mr. Stampur shall provide Mr. Pena with a copy of this Order, a copy of the transcript from the September 26, 2019 hearing, at which it stated the basis for its conclusion that he presented a risk of flight, as well as its April 6, 2020 Order denying his renewed bail application.

SO ORDERED.

Dated:     May 20, 2020
           New York, New York

Ronnie Abrams
United States District Judge