USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JOEL PENA,

Defendant.

No. 18-CR-640 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The CourtCall sentence is scheduled for Friday October 2, 2020 at 11:00 a.m.

Members of the public and the press can use the following dial-in information:

Dial-In Number: 855-268-7844

Access Code: 32091812#

PIN: 9921299#

SO ORDERED.

Dated:   September 28, 2020
         New York, New York

Ronnie Abrams
United States District Judge