```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
 UNITED STATES OF AMERICA        :        [~~Proposed~~]
                                 :        ORDER OF RESTITUTION
           - v. -                :
                                 :        S2 18 Cr. 640 (RA)
 JOEL PENA,                      :
                                 :
                 Defendant.      :
                                 :
- - - - - - - - - - - - - - - - x
```

Upon the application of the United States of America, by its attorney, Audrey Strauss, Acting United States Attorney for the Southern District of New York, Michael D. Neff and Brett M. Kalikow, Assistant United States Attorneys, of counsel; the Presentence Report; the conviction of JOEL PENA, the defendant, on Count Two of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution.**  JOEL PENA, the defendant, shall pay restitution in the total amount of **$3,796.00**, to be paid to the victim of the offense charged in Count Two.  The name, address, and specific amount owed to the victim is set forth in the Schedule of Victims attached hereto.  Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Scope of Liability.** The defendant's liability for restitution shall continue unabated until the full amount of restitution ordered herein has been paid.

Dated:   New York, New York
         October  2 , 2020

_____
THE HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK