**STAMPUR & ROTH**
ATTORNEYS AT LAW

WILLIAM J. STAMPUR  
JAMES ROTH

299 BROADWAY, SUITE 800  
NEW YORK, N.Y. 10007

(212) 619-4240  
FAX (212) 619-6743

November 30, 2020

**By ECF**

Honorable Ronnie Abrams  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

      **Re:**   *United States v. Joel Pena*  
              18 Cr. 640 (RA)

Application granted.

SO ORDERED.

_____  
Ronnie Abrams, U.S.D.J.  
November 30, 2020

Dear Judge Abrams:

    I am the attorney of record for Joel Pena in the above-referenced case. I write to respectfully request that Your Honor issue an order appointing me as CJA Counsel - Nunc Pro Tunc - beginning on November 25, 2020. Mr. Pena contacted me on that date in reference to filing a compassionate release motion.

    Thank you for your attention to this matter.

Very truly yours,

William J. Stampur