UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOEL PENA,<br><br>Defendant. | No. 18-CR-640 (RA)<br><br><u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of Mr. Pena's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). *See* Dkt. 331. The Government is directed to respond by January 11, 2021.

SO ORDERED.

Dated:   December 28, 2020
         New York, New York

Ronnie Abrams
United States District Judge